UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER AARON VASS,

*Petitioner*,

v.

RONALD BRAWNER,

*Respondent*.

Civil Action No. 24-cv-0443 (UNA)

**MEMORANDUM OPINION**

This matter is before the Court on Christopher Aaron Vass's application to proceed *in forma pauperis* and his *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner, who is serving a sentence imposed by a Georgia state court, currently is incarcerated at the Augusta State Medical Prison in Grovetown, Georgia. Generally, petitioner challenges his conviction and sentence, and demands dismissal of all criminal charges and immediate release from custody.

Federal court review of state court convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). On review of petitioner's attachments, petitioner may well have exhausted available state remedies. Even if he had,

because petitioner was convicted and sentenced in Georgia, this matter may not proceed in the District of Columbia.

    The Court will grant the application to proceed *in forma pauperis* and dismiss the habeas petition without prejudice. An Order is issued separately.

                                                                               RANDOLPH D. MOSS
                                                                               United States District Judge

DATE: March 11, 2024